UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY SHANE MCLAUGHLIN,

    PLAINTIFF,

-vs-                                            Case No. 1:16-cv-00055-WTH-GRJ

CAROLYN W COLVIN,

    DEFENDANT.
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 30, 2016. (Doc. 20). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Plaintiff has filed objections at Doc. 21. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 20, is adopted and incorporated by reference in this order.

2. The decision of the Commissioner is **AFFIRMED.**

IT IS SO ORDERED.

DONE and ORDERED at Gainesville, Florida this 24th day of January, 2017.

*[signature]*

UNITED STATES DISTRICT JUDGE